UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEONTAE J. GORDON #308075,

    Plaintiff,

v.

                                        Case No. 1:22-cv-736

RYAN BOWNE, et al.,                    HONORABLE PAUL L. MALONEY

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants Ryan Bowne, Chad Williams, and Ian Horne filed a motion for partial summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 12, 2024, recommending that this Court grant the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 42) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Partial Summary Judgment (ECF No. 26) is GRANTED with respect to Plaintiff's claim that Defendant Bowne retaliated against Plaintiff by issuing him a false misconduct ticket.

Dated: February 16, 2024                                              /s/ Paul L. Maloney
                                                                               Paul L. Maloney
                                                                               United States District Judge